**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00438-REB-MJW

RANDALL S. ASHER, D.D.S., M.S.,

      Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal** [#21] filed July 15, 2009. After careful review of the motion and the file, I conclude that the motion should be granted, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal** [#21] filed July 15, 2009, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That this court retains jurisdiction of this action for the purpose of enforcing the settlement and license agreement between the parties until all payments required by the

settlement and license agreement are made.

Dated July 16, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge